[redacted]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

EMPIRE TECHNOLOGY DEVELOPMENT LLC,

Plaintiff,

v.

LENOVO GROUP LIMITED, LENOVO PC HK LTD., LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO (BEIJING) LIMITED, MOTOROLA MOBILE COMMUNICATION TECHNOLOGY LTD., and MOTOROLA (WUHAN) MOBILITY TECHNOLOGIES COMMUNICATION COMPANY LIMITED,

Defendants.

Case No. 2:25-cv-00837-JRG-RSP

**DECLARATION OF ELIZABETH L. DERIEUX IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c) FOR LACK OF CONSTITUTIONAL STANDING**

I, Elizabeth L. DeRieux, declare:

1. I am counsel for Plaintiff Empire Technology Development LLC ("Empire"). I submit this Declaration in support of Empire's Opposition to Defendants' Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) for Lack of Constitutional Standing, submitted by Defendants Lenovo Group Limited, Lenovo PC HK Ltd., Lenovo (Shanghai) Electronics Technology Co. Ltd., Lenovo (Beijing) Limited, Motorola Mobile Communication Technology Ltd., and Motorola (Wuhan) Mobility Technologies Communication Company Limited's (collectively, "Lenovo" or "Defendants").

[redacted]

2. Attached as Exhibit 1 is a true and correct copy of an [redacted] bearing bates numbers Empire_Len00006552 – Empire_Len00006600. The [redacted] which bears Bates numbers Empire_Len00006555 – Empire_Len00006584.

3. Attached as Exhibit 2 is a true and correct copy of [redacted] bearing Bates numbers Empire_Len00012063 – Empire_Len00012066.

4. Attached as Exhibit 3 is a true and correct copy of [redacted] bearing Bates numbers Empire_Len00011137 – Empire_Len00011138.

5. Attached as Exhibit 4 is a true and correct copy of a [redacted] bearing Bates number Empire_Len00011734.

6. Attached as Exhibit 5 is a true and correct copy of [redacted] bearing Bates numbers Empire_Len00011078 – Empire_Len00011090.

7. Attached as Exhibit 6 is a true and correct copy of a [redacted] bearing Bates numbers Empire_Len00011186 – Empire_Len00011188.

[redacted]

8. Attached as Exhibit 7 is a true and correct copy of a document titled, [redacted] bearing Bates numbers Empire_Len00014404 – Empire_Len00014405.

9. Attached as Exhibit 8 is a true and correct copy of a document titled, [redacted] bearing Bates numbers Empire_Len00014354 – Empire_Len00014358.

10. Attached as Exhibit 9 is a true and correct copy of a document titled, [redacted] bearing Bates numbers Empire_Len00014379 – Empire_Len00014380.

11. Attached as Exhibit 10 is a true and correct copy of a [redacted] bearing Bates numbers Empire_Len00012094 – Empire_Len00012096.

12. Attached as Exhibit 11 is a true and correct copy of email correspondence [redacted] bearing Bates numbers Empire_Len00014397 – Empire_Len00014398.

13. Attached as Exhibit 12 is a true and correct copy of a document titled, [redacted] bearing Bates number Empire_Len00014386.

14. Attached as Exhibit 13 is a true and correct copy of a document titled, [redacted] bearing Bates number

[redacted]

Empire_Len00014374.

15. Attached as Exhibit 14 is a true and correct copy of email correspondence between E. Rudersdorf, A. Goudarzi, S. Rodriguez, L. Nichols, C. Kuo, and D. Palmer, dated from April 25, 2022 to October 6, 2022, bearing Bates numbers Empire_Len00014512 – Empire_Len00014520.

16. Attached as Exhibit 15 is a true and correct copy of a Maintenance Fee Statement from the United States Patent and Trademark Office for U.S. Patent No. 8,798,120, showing a payment date of January 17, 2018, bearing Bates number Empire_Len00095958.

17. Attached as Exhibit 16 is a true and correct copy of a Maintenance Fee Statement from the United States Patent and Trademark Office for U.S. Patent No. 8,798,120, showing a payment date of July 18, 2022, bearing Bates number Empire_Len00095959.

18. Attached as Exhibit 17 is a true and correct copy of correspondence [redacted] bearing Bates numbers Empire_Len00010351 – Empire_Len00010355.

19. Attached as Exhibit 18 is a true and correct copy of [redacted] bearing Bates number Empire_Len00014421.

20. Attached as Exhibit 19 is a true and correct copy of excerpts of the deposition transcript of Elizabeth Rudersdorf, dated January 28, 2025, in *Empire Technology Development LLC v. Samsung Electronics Co., Ltd.*, Case No. 2:23-cv-00427-JRG-RSP, bearing Bates numbers Empire_Len00010363-65, Empire_Len00010371-73, Empire_Len00010437-42, Empire_Len00010453-59, and Empire_Len00010560.

[redacted]

21. Attached as Exhibit 20 is a true and correct copy of the Declaration of Elizabeth Rudersdorf in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint, dated March 31, 2025, filed in *Empire Technology Development LLC v. Samsung Electronics Co., Ltd.*, Case No. 2:23-cv-00427-JRG-RSP, Dkt. No. 124-1.

22. Attached as Exhibit 21 is a true and correct copy of a Maintenance Fee Statement from the United States Patent and Trademark Office for U.S. Patent No. 8,565,331, showing a payment date of March 27, 2017, bearing Bates number Empire_Len00095960.

23. Attached as Exhibit 22 is a true and correct copy of a Maintenance Fee Statement from the United States Patent and Trademark Office for U.S. Patent No. 8,565,331, showing a payment date of September 23, 2021, bearing Bates number Empire_Len00095961.

24. Attached as Exhibit 23 is a true and correct copy of a Maintenance Fee Statement from the United States Patent and Trademark Office for U.S. Patent No. 8,565,331, showing a payment date of February 5, 2025, bearing Bates number Empire_Len00095962.

25. Attached as Exhibit 24 is a true and correct copy of a [redacted] dated December 2, 2009, bearing Bates numbers Empire_Len00012078 – Empire_Len00012080.

26. Attached as Exhibit 25 is a true and correct copy of a document titled [redacted] bearing Bates number Empire_Len00014370.

[redacted]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2026

*/s/ Elizabeth L. DeRieux*
Elizabeth L. DeRieux