# EXHIBIT 14

**From:** David Palmer
**To:** Liz Rudersdorf; Les Nichols; Kuo, Chun
**Cc:** Rodriguez, Sylvia H
**Subject:** Re: Request from Allied Inventors CONFIDENTIAL - UT Tech 5507 HEA - 8,798,120
**Date:** Thursday, October 6, 2022 10:05:21 AM

---

Hi Liz,

I'm free Wednesday afternoon and Thursday afternoon from 1-3 Central and Friday is pretty open.

In the meantime, could you help us with a few things that are missing from our files related to this patent and license? We are able to find an option letter with IV that covered this patent but we don't have the exercise of the option or other documentation officially adding the patent to the master license. Also, we don't have in our files any documentation of the assignment of the license from IV to Allied. Could you share that documentation with us?

Thanks,
Dave

---

**From:** Liz Rudersdorf <erudersdorf@alliedinventors.com>
**Date:** Thursday, October 6, 2022 at 9:09 AM
**To:** Les Nichols <lnichols@otc.utexas.edu>, Kuo, Chun <chunliang.kuo@austin.utexas.edu>, David Palmer <dpalmer@otc.utexas.edu>
**Cc:** Rodriguez, Sylvia H <srodriguez@otc.utexas.edu>
**Subject:** Re: Request from Allied Inventors CONFIDENTIAL - UT Tech 5507 HEA - 8,798,120

Hello Les, Chun and David,

I'm circling back on our conversation of last week. Could we put something on the calendar for next week, assuming UT has had ample time for internal discussions?

Kind Regards,

______________________________

Elizabeth Rudersdorf, General Counsel
Allied Inventors, LLC
+1-206-800-1793
erudersdorf@alliedinventors.com

On Sep 22, 2022, at 2:39 PM, Liz Rudersdorf <erudersdorf@alliedinventors.com> wrote:

Hi Les,

Thank you very much. This proposed time works for me. I will circulate a calendar invite.

Kind Regards,

___________________________________

Elizabeth Rudersdorf, General Counsel
Allied Inventors, LLC
+1-206-800-1793
erudersdorf@alliedinventors.com

On Sep 22, 2022, at 10:22 AM, Les Nichols <lnichols@otc.utexas.edu> wrote:

Hello Liz. We received your email.

Let's try and schedule for next week. We can be available Wed 9/28 at 2p central time, if that works for your schedule.

Les Nichols
Director
Licensing & Collaborative Research
Discovery to Impact
The University of Texas at Austin
Ofc: (512) 471-0275
Cell: (512) 940-5661
lnichols@otc.utexas.edu

---

**From:** Liz Rudersdorf <erudersdorf@alliedinventors.com>
**Sent:** Thursday, September 22, 2022 10:03 AM
**To:** Rodriguez, Sylvia H <srodriguez@otc.utexas.edu>; Les Nichols <lnichols@otc.utexas.edu>; Kuo, Chun <chunliang.kuo@austin.utexas.edu>
**Subject:** Re: Request from Allied Inventors CONFIDENTIAL - UT Tech 5507 HEA - 8,798,120

Hello all,

Would someone kindly confirm receipt of this email? I would welcome a call to discuss our plans and the University's involvement. Please let me know some good times to connect for a call.

Many thanks in advance.

Kind Regards,

______________________________

Elizabeth Rudersdorf, General Counsel
Allied Inventors, LLC
+1-206-800-1793
erudersdorf@alliedinventors.com

On Sep 13, 2022, at 5:59 PM, Liz Rudersdorf <erudersdorf@alliedinventors.com> wrote:

Dear Sylvia, Les and Chun,

Having just received Ali's out of office reply, I am resending my email to you all.

I am writing to you regarding the attached MLA between the University and Allied Inventors. As my earlier emails discuss, we have been exploring assertion of US 8,798,120 under which AI holds exclusive license rights. We are in the final diligence stages of pre- litigation diligence and would like to bring the University up to date on our plan. We would also like to discuss 6.1 and 6.2 of the agreement, and whether the University would be willing to join the action as a named plaintiff.

Would you be available for a call this Thursday or early next week? If there are other colleagues that should be a part of this discussion please feel free to forward this request and we can all coordinate a call.

Many thanks in advance and I look forward to hearing from you.

Kind Regards,

________________________________

Elizabeth Rudersdorf, General Counsel
Allied Inventors, LLC
+1-206-800-1793
erudersdorf@alliedinventors.com

On Sep 13, 2022, at 3:42 PM, Liz Rudersdorf <erudersdorf@alliedinventors.com> wrote:

Dear Ali and Sylvia,

I am writing to you regarding the attached MLA between the University and Allied Inventors. As my earlier emails discuss, we have been exploring assertion of US 8,798,120 under which AI holds exclusive license rights. We are in the final diligence stages of pre- litigation diligence and would like to bring the University up to date on our plan. We would also like to discuss 6.1 and 6.2 of the agreement, and whether the University would be willing to join the action as a named plaintiff.

Would you be available for a call this Thursday or early next week? If there are other colleagues that should be a part of this discussion please feel free to forward this request and we can all coordinate a call.

Many thanks in advance and I look forward to hearing from you.

Kind Regards,

______________________________

Elizabeth Rudersdorf, General Counsel
Allied Inventors, LLC
+1-206-800-1793
erudersdorf@alliedinventors.com

On Apr 28, 2022, at 1:29 PM, Liz Rudersdorf <erudersdorf@alliedinventors.com> wrote:

Dear Ali,

Thank you very much for reaching out on our behalf. The ‘120 patent is covered by the attached MLA. Please let me know if you are able to contact Mr. de Veciana. I have reached out to Dr. Heath who is now at NCSU already and he has acknowledged receipt of my email.

Kind regards,

______________________________

Elizabeth Rudersdorf, General Counsel
Allied Inventors, LLC
+1-206-800-1793
erudersdorf@alliedinventors.com

On Apr 27, 2022, at 5:46 PM, Goudarzi, Ali <agoudarzi@otc.utexas.edu> wrote:

Dear Liz,

Sure. We will try to reach out to inventors and facilitate introductory meeting if they are still at the university like Guestav de Veciana. I am going to loop in my colleagues from contracting team as well. In which of these license agreement, are you referring to 5507 HEA technology?

Les and Chris: Liz from Allied Inventors which is exclusive licensee for 5507 HEA technology has some questions about claims language and would like to talk with our inventors

Best Regards,
Ali

**From:** Liz Rudersdorf <erudersdorf@alliedinventors.com>
**Sent:** Wednesday, April 27, 2022 9:34 AM
**To:** Goudarzi, Ali <agoudarzi@otc.utexas.edu>; Rodriguez, Sylvia H <srodriguez@otc.utexas.edu>
**Subject:** Re: Request from Allied Inventors CONFIDENTIAL - UT Tech 5507 HEA - 8,798,120

Hi Ali and Sylvia,

Thank you again for your help. I am wondering if you would be willing to reach out to Mr. Gustavo de Veciana? Is he still with the University? In that outreach, would you please ask him if he knows the reason for the inadvertent Samsung reference? Alternatively, if you would be willing to introduce me to him I can follow up with specific questions.

Many thanks in advance.

Kind regards,

_________________

_______________

Elizabeth Rudersdorf, General Counsel
Allied Inventors, LLC
+1-206-800-1793
erudersdorf@alliedinventors.com

On Apr 25, 2022, at 8:53 AM, Liz Rudersdorf <erudersdorf@alliedinventors.com> wrote:

Dear Ali,

Thank you very much for this confirmation. I will be in touch if I have

further questions. We appreciate the helpful and timely responses.

Kind regards,

___________________________________

Elizabeth Rudersdorf, General Counsel
Allied Inventors, LLC
+1-206-800-1793
erudersdorf@alliedinventors.com

On