# EXHIBIT 26

# FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER